IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 19-cv-1164-KLM

BRAD LEVIN, an individual; and LEVIN FOR ATTORNEY GENERAL, Colorado nonprofit corporation,

Plaintiffs,

v.

FIVE CORNERS STRATEGIES, LLC, a Massachusetts limited liability company; TURNOUT STRATEGIES, LLC, a Delaware limited liability company; FRANK RIZZO, an individual; THOMAS AHERN, an individual; BEN KELAHAN, an individual; IGNACIO BARRAGAN, an individual; LISA BIANCO, an individual; AND BRANDON GAHMAN, an individual.,

Defendants.

## STIPULATED ORDER

### ENTERED BY MAGISTRATE JUDGE KRISTEN L. MIX

The production of privileged or work-product protected documents, electronically stored information ("ESI") or information, whether inadvertently or otherwise, is not a waiver of the privilege or protection from discovery in this case or in any other federal or state proceeding. This Stipulated Order shall be interpreted to provide the maximum protection allowed by Federal Rule of Evidence 502(d).

Nothing contained herein is intended to or shall serve to limit a party's right to conduct a review of documents, ESI or information (including metadata) for relevance, responsiveness and/or segregation of privileged and/or protected information before production.

| | |
|---|---|
| s/ Jeffrey H. Boxer<br>Marc R. Levy<br>Jeffrey H. Boxer<br>Levy Law, P.C.<br>6465 Greenwood Plaza Blvd., Suite 650<br>Englewood, CO 80111<br>Telephone: (303) 796-2900<br>*Attorneys for Plaintiffs* | s/ Nathan A. Klotz<br>William A. Rogers, III<br>Nathan A. Klotz<br>DIETZE AND DAVIS, P.C.<br>2060 Broadway, Ste. 400<br>Boulder, CO 80302-5282<br>Phone: 303.447.1375<br>*Attorneys for Defendants Five Corners Strategies, LLC, Turnout Strategies, LLC, Frank Rizzo, Thomas Ahern, Ben Kelahan, and Brandon Gahman* |

*s/ Kurt C. Temple*
Andrew D. Kurpanek
Kurt C. Temple
Resnick & Louis, P.C.
6500 South Quebec Street, Suite 300-32
Englewood, CO  80111
303-872-6226
*Attorneys for Defendant Ignacio Barragan*

*s/ Michael Drew*
Michael Drew
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO  80111
(303) 773-3500
*Attorney for Defendant Lisa Bianco*

**SO ORDERED**

Dated: August 9, 2019

_____
Hon. Kristen L. Mix
United States Magistrate Judge

## CERTIFICATE OF SERVICE

I hereby certify that on this 9th day of August, 2019, a true and correct copy of the foregoing **STIPULATED ORDER** was filed with the Clerk of the Court via CM/ECF:

Marc R. Levy
Jeffrey H. Boxer
Levy Law, P.C.
6465 Greenwood Plaza Blvd., Suite 650
Englewood, CO 80111
*Attorneys for Plaintiff*

Andrew D. Kurpanek
Kurt C. Temple
Resnick & Louis, P.C.
6500 South Quebec Street, Suite 300-32
Englewood, CO 80111
*Attorneys for Defendant Ignacio Barragan*

Michael Drew
Nixon Shefrin Hensen Ogburn, P.C.
5619 DTC Parkway, Suite 1200
Greenwood Village, CO 80111
*Attorneys for Defendant Lisa Bianco*

s/ Nathan A. Klotz